JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JON SHIFFMAN,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, YOHANA HANA, SARAH LIFSCHUTZ and DOES 1 through 20. Inclusive,<br><br>    Defendants. | Case No. 2:19-cv-04986-MWF-GJS<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT**<br><br>The Hon. Michael W. Fitzgerald |

The Stipulation of Defendant TARGET CORPORATION and Plaintiff JON SHIFFMAN for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. 19STCV10275.

Dated: July 23, 2019

UNITED STATES DISTRICT JUDGE

4839-5821-9933.1

ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT